PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

DAVID S. BARON, Pro Hac Vice Application Pending
Earthjustice
1625 Massachusetts Ave, STE 702
Washington, DC 20036
dbaron@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356

Attorneys for Plaintiffs Sierra Club
and Natural Resources Defense Council

ZACHARY M. FABISH, State Bar No. 247535
The Sierra Club
50 F Street, NW - 8th Floor
Washington, DC 20001
zachary.fabish@sierraclub.org
Tel: 202-675-7917/Fax: 202-547-6009

Attorney for Plaintiff Sierra Club

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| SIERRA CLUB and NATURAL RESOURCES DEFENSE COUNCIL<br><br>             Plaintiffs,<br><br>       v.<br><br>REGINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>             Defendant. | Case No: C13-03953 KAW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Clean Air Act, 42 U.S.C. §§ 7401 *et seq.*) |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: August 26, 2013    Respectfully submitted,

/s/ *Paul R. Cort*
PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
igutierrez@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

DAVID S. BARON, Pro Hac Vice Application Pending
Earthjustice
1625 Massachusetts Ave, STE 702
Washington, DC 20036
dbaron@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356

*Counsel for Plaintiffs*

ZACHARY M. FABISH, State Bar No. 247535
The Sierra Club
50 F Street, NW - 8th Floor
Washington, DC 20001
zachary.fabish@sierraclub.org
Tel: 202-675-7917/Fax: 202-547-6009

*Counsel for Plaintiff Sierra Club*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

2