United States District Court
Northern District of California

SIERRA CLUB, et al.,

    Plaintiffs,

  v.

GINA McCARTHY, Administrator, United States Environmental Protection Agency,

    Defendant.

Case No.: 13-03953-KAW

ORDER VACATING NOVEMBER 7, 2013 HEARING DATE

On October 2, 2013, the Court granted the Government's request to stay pending deadlines on the motions to intervene (Dkt. Nos. 16 and 23) until the Government's funding is restored by Congress. At the time, the Court maintained the original hearing date of November 7, 2013. It is now apparent that, given the length of the shutdown, the original hearing date is no longer feasible, so it is VACATED. The Court will schedule a hearing date after the conclusion of the shutdown.

The current briefing schedule—which provides the Government and Plaintiffs ten days to respond to the pending motions from the date of restoration—is still in effect, and the moving parties shall have seven days in which to file their replies.

IT IS SO ORDERED.

Dated: October 16, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge