UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, et. al.,

    Plaintiffs,

v.

REGINA MCCARTHY,

    Defendant.

Case No. 4:13-cv-03953-KAW

[~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL

IT IS HEREBY ORDERED THAT the substitution of Monique K. Coady, admitted *pro hac vice*, as counsel for Proposed Plaintiff-Intervenor State of Arizona, in place of Robert R. McCright is permitted and that Robert R. McCright is withdrawn as counsel in this action.

Dated: 10/29/13

*[signature: Susan Illston]*

~~KANDIS A. WESTMORE~~
United States Magistrate Judge