IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB, *et al.*,

    Plaintiffs,

v.

REGINA MCCARTHY, in her official capacity as Administrator of the United States Environmental. Protection Agency,

    Defendant.

No. C 13-3953 SI

**ORDER SETTING BRIEFING SCHEDULE ON REMEDY**

The parties and intervenors have filed competing proposals regarding the briefing schedule on the remedy. The Court hereby adopts the following briefing schedule, which permits for staggered briefing and separate briefs by the Intervenor States and North Carolina:

| Party/Document | Due Date | Page Limit |
| --- | --- | --- |
| Plaintiffs' Opening Remedy Brief | March 17, 2014 | 25 pages |
| Intervenor-Plaintiffs' Opening Remedy Brief (separate briefs by North Carolina and other states permissible) | March 17, 2014 | 25 pages |
| Defendant's Response | April 16, 2014 | 35 pages |
| Plaintiffs' Response-Reply | April 30, 2014 | 15 pages |

| | | |
|---|---|---|
| Intervenor-Plaintiffs' Response-Reply (separate briefs by North Carolina and other states permissible) | April 30, 2014 | 15 pages |
| Defendant's Reply | May 14, 2014 | 25 pages |
| Hearing | May 30, 2014 at 9:00 am | |

**IT IS SO ORDERED.**

Dated: January 15, 2014

SUSAN ILLSTON
United States District Judge