Marc Bernstein (admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
NC State Bar No. 21642
Phone Number: (919) 716-6956
Fax Number:  (919) 716-6764
E-mail Address: mbernstein@ncdoj.gov

Michael N. Westheimer (State Bar No. 178938)
Buchalter Nemer, PC
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Phone Number:  (415) 227-0900
Fax Number: (415) 904-3111
E-mail Address:  mwestheimer@buchalter.com

Attorneys for the State of North Carolina, Plaintiff-Intervenor

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIERRA CLUB and NATURAL RESOURCES DEFENSE COUNCIL, <br>     Plaintiffs, <br>   and <br><br> THE STATES OF ARIZONA, NEVADA, NORTH CAROLINA, NORTH DAKOTA AND TEXAS, THE COMMONWEALTH OF KENTUCKY ENERGY AND ENVIRONMENT CABINET, AND THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY, <br>     Plaintiff-Intervenors, <br><br> v. <br><br> GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency, <br>     Defendant. | Case No: 3:13-cv-03953 SI <br><br> **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO AMEND CASE SCHEDULE** <br><br> CMC Date: Feb. 7, 2014 <br> Time: 2:30 p.m. <br><br> Proposed New CMC Date: July 25, 2014 <br> Proposed New Time: 2:30 p.m. <br><br> Judge: Hon. Susan Illston |

**JOINT STIPULATION AND PROPOSED ORDER TO AMEND CASE SCHEDULE**

Pursuant to Civil Local Rules 7-12 and 16-2(d), the parties jointly hereby stipulate and request that the Court modify the schedule for this case by (1) continuing the case management conference from February 7, 2014 to July 25, 2014 and (2) continuing pending ADR-related deadlines and re-establishing those deadlines at July 3, 2014, in order to allow the parties to continue to negotiate the remedy in this matter and otherwise resolve the case according to the briefing schedule recently ordered by the Court.  In support of this stipulation, the parties show the following:

WHEREAS, The case management conference for this matter is presently scheduled for February 7, 2014.  Docket Nos. 72 & 76.  Accordingly, the Rule 26(f) conference must be held by January 17, 2015 – today.  Fed. R. Civ. P. 26(f)(1).  The Rule 26(f) report and requests to appear at the case management conference by telephone are due on January 31, 2014. *Id.* Rule 26(f)(2); Civ. Local R. 16-10.  Initial disclosures under Rule 26(a)(1)(A) are also due January 31, 2014.  Fed. R. Civ. P. 26(a)(1)(C).

WHEREAS, Magistrate Judge Westmore's Order Setting Initial Case Management Conference and ADR Deadlines set the deadlines for the following actions: (1) meet and confer regarding early settlement and ADR process selection; (2) file ADR Certification; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.  Docket No. 8.  Magistrate Judge Westmore required these actions to be taken 21 days prior to the case management conference.  Because the case management conference has been re-scheduled to February 7, 2014, these actions appear to be required by January 17, 2014 – today.

WHEREAS, The parties are currently engaged in settlement discussions, and should those discussions not result in settlement the parties will then begin briefing the remedy question as ordered by the Court.  These efforts may completely obviate the need for a case management

conference and/or ADR. Accordingly, engaging in actions related to the case management conference and ADR at this time would divert resources from these efforts.

NOW THEREFORE the parties stipulate, subject to order of the Court, to modify the schedule for this case as follows:

- That the initial case management conference presently scheduled for February 7, 2014 be continued and be scheduled for July 25, 2014, and that all deadlines set by rule by reference to the date of the case management conference be reset accordingly.

- That the following ADR-related actions be continued and set for July 3, 2014: (1) meet and confer regarding ADR process selection; (2) file ADR Certification; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

Respectfully submitted,

                                                    ROY COOPER
                                                  Attorney General

By:   /s/ Marc Bernstein
       Marc Bernstein
       Special Deputy Attorney General
       N.C. Department of Justice

       /s/ Michael N. Westheimer
       Michael N. Westheimer
       Buchalter Nemer, PC

       Attorneys for Plaintiff-Intervenor State of North Carolina

**For Plaintiffs Sierra Club and Natural Resources Defense Council**

/s/ Nicholas Morales
NICHOLAS MORALES, Admitted *Pro Hac Vice*
DAVID S. BARON, Admitted *Pro Hac Vice*
Earthjustice
1625 Massachusetts Ave, STE 702
Washington, DC 20036
dbaron@earthjustice.org
nmorales@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

PAUL R. CORT, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000
Fax: 415-217-2040

ZACHARY M. FABISH, State Bar No. 247535
Staff Attorney
The Sierra Club
50 F Street, NW - 8th Floor
Washington, DC 20001
zachary.fabish@sierraclub.org
Tel: 202-675-7917
Fax: 202-547-6009
(Counsel for Plaintiff Sierra Club)

**For Plaintiff-Intervenors the State of North Dakota, The State of Arizona, The Commonwealth of Kentucky Energy and Environment Cabinet, The State of Louisiana Department of Environmental Quality, The State of Nevada and The State of Texas**

/s/ Paul M. Seby
PAUL M. SEBY
Special Assistant Attorney-General
MARIAN C. LARSEN
Special Assistant Attorney General
Seby Larsen LLP
165 Madison Street
Denver, CO 80206
Telephone: (303) 248-3772

1. TIMOTHY J. CARLSTEDT
2. Special Assistant Attorney-General
3. Hunton & Williams LLP
4. 575 Market St., #3700
5. San Francisco, CA 94105
6. Telephone: (415) 975-3710

WAYNE STENEHJEM
Attorney General

/s/ Margaret I. Olson
MARGARET I. OLSON
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone: (701) 328-3640
(Counsel for Plaintiff-Intervenor the State of North Dakota)

THOMAS C. HORNE
Arizona Attorney General

/s/ Monique K. Coady
MONIQUE K. COADY
Assistant Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8543
(Counsel for Plaintiff-Intervenor the State of Arizona)

C. MICHAEL HAINES
Executive Director
Commonwealth of Kentucky
Energy and Environment Cabinet
/s/ Jacquelyn A. Quarles
JACQUELYN A. QUARLES
Staff Attorney
Office of General Counsel
Energy and Environment Cabinet
200 Fair Oaks Lane, 1st Floor
Frankfort, KY 40601
Telephone: (502) 564-3999
(Counsel for Plaintiff-Intervenor the Commonwealth of Kentucky Energy and Environment Cabinet)

1  LOUISIANA DEPARTMENT OF
2  ENVIRONMENTAL QUALITY

3  /s/ Spencer B. Bowman
   SPENCER B. BOWMAN (#33515)
4  Legal Division
   Louisiana Department of Environmental Quality
5  P.O. Box 4302
   Baton Rouge, LA 70821-4302
6  Telephone: (225) 219-3985
7  (Counsel for Plaintiff-Intervenor the State of Louisiana Department of Environmental Quality)

8  CATHERINE CORTEZ MASTO
   Nevada Attorney General
9

10 /s/ Belinda A. Suwe
   BELINDA A. SUWE
11 Nevada Bar No. 12499
   Deputy Attorney General
12 (Counsel for Plaintiff-Intervenor the State of Nevada, Department of Conservation and Natural
   Resources, Division of Environmental Protection)
13

14 GREG ABBOTT
   Attorney General of Texas
15
   DANIEL T. HODGE
16 First Assistant Attorney General

17 JOHN B. SCOTT
   Deputy Attorney General for Civil Litigation
18

19 JON NIERMANN
   Assistant Attorney General
20 Chief, Environmental Protection Division

21 /s/ Mark L. Walters
   MARK L. WALTERS
22 Assistant Attorney General
23 California State Bar No. 160232
   Environmental Protection Division (MC-066)
24 P.O. Box 12548
   Austin, Texas 78711-2548
25 Telephone: (512) 463-2012
26 (Counsel for Plaintiff-Intervenors the State of Texas)

27

28

Joint Stipulation and Proposed Order to Amend Case Schedule                    Case No.: 3:13-cv-03953
                                                                                              Page 5

**For Gina McCarthy, in her official capacity as Administrator of the United States Environmental Protection Agency**

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ Martha C. Mann
MARTHA C. MANN
Environment and Natural Resources Division
U.S. Department of Justice
P.O Box 7611
Washington, DC 20044
Tel: (202) 514-2664 (Mann)
Fax: (202) 514-8865
martha.mann@usdoj.gov

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

- The initial case management conference presently scheduled for February 7, 2014 is continued and is scheduled for July 25, 2014, and all deadlines set by rule by reference to the date of the case management conference are reset accordingly.

- The following ADR-related actions are continued and set for July 3, 2014: (1) meet and confer regarding ADR process selection; (2) file ADR Certification; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

This \_\_17th\_\_ day of January, 2014.

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE