Marc Bernstein (admitted *pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
NC State Bar No. 21642
Phone Number: (919) 716-6956
Fax Number:  (919) 716-6764
E-mail Address: mbernstein@ncdoj.gov

Michael N. Westheimer (State Bar No. 178938)
Buchalter Nemer, PC
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Phone Number:  (415) 227-0900
Fax Number:  (415) 904-3111
E-mail Address:  mwestheimer@buchalter.com

Attorneys for the State of North Carolina, Plaintiff-Intervenor

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and NATURAL RESOURCES DEFENSE COUNCIL,<br>          Plaintiffs,<br>     and<br>THE STATE OF NORTH CAROLINA<br>     Plaintiff-Intervenor,<br>     v.<br>GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br>          Defendant. | Case No: 3:13-cv-03953 (SI)<br><br>**(Proposed) Order Granting Plaintiff-Intervenor North Carolina's Administrative Unopposed Motion for Leave to File Response to Plaintiffs' and Defendant's Motion For Stay in Excess of Five Pages** |

The Plaintiffs and the Defendant filed a Notice of Lodging Proposed Consent Decree and Motion to Stay Proceedings Until August 1, 2014.  ECF Doc. No. 102.  On May 22, 2014, Plaintiff-Intervenor North Carolina moved for administrative relief pursuant to Local Rule 7-11, requesting to be allowed to exceed the page limits of Local Rule 7-11(b) and file a ten-page response to EPA's and Plaintiffs' Motion to Stay Proceedings and to deem the response filed.  The motion was not opposed.

Having considered the papers in support of North Carolina's motion and any other relevant submissions, and good cause having been shown, the Court issues the following order:

**It Is Hereby Ordered That** Plaintiff-Intervenor North Carolina's Administrative Motion is **Granted:**

> North Carolina is allowed to exceed the page limits of Local Rule 7-11(b) and file a ten-page response to EPA's and Plaintiffs' Motion to Stay Proceedings.  North Carolina's ten-page response is properly filed accordingly.

**IT IS SO ORDERED.**

DATED: 5/27/14

_____
The Honorable Susan Illston
United States District Judge