IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>REGINA MCCARTHY,<br><br>   Defendant. | No. C 13-3953 SI<br><br>**ORDER GRANTING STATES' MOTION TO FILE AN AMICUS BRIEF AND SETTING BRIEFING SCHEDULE** |

A hearing is scheduled on October 17, 2014, regarding the joint motion to enter the proposed consent decree and the state intervenors' opposition to that motion. On August 22, 2014, a group of non-intervening states filed a motion for leave to file an amicus brief. Defendant has filed a statement of non-opposition to the request, stating that the proposed amicus brief is largely repetitive of the intervening states' arguments. Plaintiffs oppose the motion for leave to file an amicus brief, arguing that the amicus brief is unnecessary because the arguments are duplicative. Alternatively, plaintiffs seek leave to file a reply to the amicus brief.

The Court finds that the amicus brief will be helpful to the Court, and thus GRANTS the request for leave to file an amicus brief. Docket No. 126. Amici shall file the brief no later than **September 5, 2014**, and the parties may file responsive briefs no later than **September 19, 2014**.

**IT IS SO ORDERED.**

Dated: September 3, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE