JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
MARTHA C. MANN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel:    (202) 514-2664
Fax:   (202) 514-8865
Email: martha.mann@usdoj.gov

Attorneys for Defendant Gina McCarthy,
Administrator, United States
Environmental Protection Agency

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No:  3:13-cv-03953 SI<br><br>**JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE** |

Pursuant to Paragraph 6 of the Consent Decree entered by this Court on March 2, 2015 (ECF No. 163), Plaintiffs Sierra Club and Natural Resources Defense Council and Defendant Gina McCarthy, Administrator of the United States Environmental Protection Agency ("EPA") hereby notify the Court of a stipulation by Plaintiffs and EPA to extend one of the deadlines for EPA to take action to promulgate area designations under the consent decree with respect to certain areas specified *infra*.

Under the Consent Decree, no later than July 2, 2016, EPA is required to sign for publication a notice of EPA's promulgation of area designations for the 2010 revised primary Sulfur Dioxide

("SO$_2$") National Ambient Air Quality Standard ("NAAQS") pursuant to section 107(d) of the Clean Air Act, and within ten (10) business days following such signature deliver the notice to the Office of the Federal Register for review and prompt publication, for undesignated areas of the country which:

> (a) based on air quality monitoring in the three (3) full calendar years preceding such deadline have monitored violations of the 2010 revised primary SO$_2$ NAAQS; or
>
> (b) contain any stationary source that has not been "announced for retirement" pursuant to subparagraph (c) by the date of [the] Consent Decree, and that, according to the data in EPA's Air Markets Database, either (1) emitted more than 16,000 tons of SO$_2$ in 2012, or (2) emitted more than 2,600 tons of SO$_2$ and had an annual average emission rate of 0.45 lbs SO$_2$/Mmbtu or higher in 2012; where
>
> (c) "announced for retirement" means any stationary source in the United States with a coal-fired unit that as of January 1, 2010, had a capacity of over five (5) megawatts (MW) and that has announced that it will cease burning coal at that unit through a company public announcement, public utilities commission filing, consent decree, public legal settlement, final state or federal permit filing, or other similar means of communication.

ECF No. 163 ¶ 1.

Pursuant to Paragraph 6 of the Consent Decree, Plaintiffs and EPA have agreed to a brief 60-day extension, until August 31, 2016, for the following five areas subject to the July 2, 2016 deadline and which were identified in EPA's proposed action entitled "EPA Responses to Certain State Designation Recommendations for the 2010 Sulfur Dioxide National Ambient Air Quality Standard: Notice of Availability and Public Comment Period," 81 Fed. Reg. 10,563 (Mar. 1, 2016) at Docket ID Nos. EPA-HQ-OAR-2014-0464-0141, -0142, -0143 and -0144 as:

> (1) EPA's intended "Freestone County Area" in Freestone-Anderson Counties, Texas;
>
> (2) EPA's intended "Milam County Area" in Milam County, Texas;

JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE
CASE NO. 3:13-CV-03953 SI    2

(3)   EPA's intended "Muskogee County Area" in Muskogee County, Oklahoma;

(4)   EPA's intended "Rusk County Area" in Rusk-Gregg-Panola Counties, Texas; and

(5)   EPA's intended "Titus County Area" in Titus County, Texas.

EPA will take the required action for all other areas subject to the July 2, 2016 deadline by that date.

Dated:  June 17, 2016                              Respectfully submitted,


  /s/ *Nicholas Morales*
Nicholas Morales, Admitted Pro Hac Vice
David S. Baron, Admitted Pro Hac Vice
Earthjustice
1625 Massachusetts Ave, STE 702
Washington, DC 20036
nmorales@earthjustice.org, dbaron@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356

Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

*Attorneys for Plaintiffs Sierra Club
and Natural Resources Defense Council*

Zachary M. Fabish, State Bar No. 247535
The Sierra Club
50 F Street, NW - 8th Floor
Washington, DC 20001
zachary.fabish@sierraclub.org
Tel: 202-675-7917/Fax: 202-547-6009

*Attorney for Plaintiff Sierra Club*


John C. Cruden
Assistant Attorney General

  /s/ *Martha C. Mann*
Martha C. Mann
Environment and Natural Resources Division
U.S. Department of Justice
P.O Box 7611

JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE
CASE NO. 3:13-CV-03953 SI          3

| | |
|---|---|
| 1 | Washington, DC 20044 |
| 2 | Tel: (202) 514-2664 |
| | Fax: (202) 514-8865 |
| 3 | martha.mann@usdoj.gov |
| 4 | *Attorneys for Administrator McCarthy* |

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June, 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

  /s/ *Martha C. Mann*
Martha C. Mann
United States Department of Justice