JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
MARTHA C. MANN
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel:   (202) 514-2664
Fax:   (202) 514-8865
Email:  martha.mann@usdoj.gov

Attorneys for Defendant Gina McCarthy,
Administrator, United States
Environmental Protection Agency

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB and NATURAL RESOURCES DEFENSE COUNCIL,<br><br>Plaintiffs,<br><br>v.<br><br>GINA MCCARTHY, in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendant. | Case No:  3:13-cv-03953 SI<br><br>**JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE** |

Pursuant to Paragraph 6 of the Consent Decree entered by this Court on March 2, 2015 (ECF No. 163), Plaintiffs Sierra Club and Natural Resources Defense Council and Defendant Gina McCarthy, Administrator of the United States Environmental Protection Agency ("EPA") hereby notify the Court of a stipulation by Plaintiffs and EPA to extend one of the deadlines for EPA to take action to promulgate area designations under the consent decree with respect to certain areas specified *infra*.

Under the Consent Decree, no later than July 2, 2016, EPA was required to sign for publication a notice of EPA's promulgation of area designations for the 2010 revised primary Sulfur

Dioxide ("$SO_2$") National Ambient Air Quality Standard ("NAAQS") pursuant to section 107(d) of the Clean Air Act, and within ten (10) business days following such signature deliver the notice to the Office of the Federal Register for review and prompt publication, for undesignated areas of the country which:

> (a) based on air quality monitoring in the three (3) full calendar years preceding such deadline have monitored violations of the 2010 revised primary $SO_2$ NAAQS; or
>
> (b) contain any stationary source that has not been "announced for retirement" pursuant to subparagraph (c) by the date of [the] Consent Decree, and that, according to the data in EPA's Air Markets Database, either (1) emitted more than 16,000 tons of $SO_2$ in 2012, or (2) emitted more than 2,600 tons of $SO_2$ and had an annual average emission rate of 0.45 lbs $SO_2$/Mmbtu or higher in 2012; where
>
> (c) "announced for retirement" means any stationary source in the United States with a coal-fired unit that as of January 1, 2010, had a capacity of over five (5) megawatts (MW) and that has announced that it will cease burning coal at that unit through a company public announcement, public utilities commission filing, consent decree, public legal settlement, final state or federal permit filing, or other similar means of communication.

ECF No. 163 ¶ 1.

On June 30, 2016, EPA signed for publication a notice of EPA's promulgation of $SO_2$ designations for certain areas, and such notice was published on July 12, 2016. 81 Fed. Reg. 45,039.

By stipulation of the Plaintiffs and EPA, and order of this Court, the deadlines for five areas subject to the July 2, 2016 deadline have been extended to October 30, 2016. ECF Nos. 176-79.

Pursuant to Paragraph 6 of the Consent Decree, Plaintiffs and EPA have agreed to the following:

(1) a further 60-day extension, until December 29, 2016, for one area identified in EPA's proposed action entitled "EPA Responses to Certain State Designation Recommendations for the

2010 Sulfur Dioxide National Ambient Air Quality Standard: Notice of Availability and Public Comment Period," 81 Fed. Reg. 10,563 (Mar. 1, 2016), i.e., EPA's intended "Muskogee County Area" in Muskogee County, Oklahoma; and

(2) a further 30-day extension, until November 29, 2016, for the following four areas identified in the same proposed action:

- EPA's intended "Freestone County Area" in Freestone-Anderson Counties, Texas;
- EPA's intended "Milam County Area" in Milam County, Texas;
- EPA's intended "Rusk County Area" in Rusk-Gregg-Panola Counties, Texas; and
- EPA's intended "Titus County Area" in Titus County, Texas.

Dated:  October 28, 2016                    Respectfully submitted,


  /s/ *Nicholas Morales*
Nicholas Morales, Admitted Pro Hac Vice
David S. Baron, Admitted Pro Hac Vice
Earthjustice
1625 Massachusetts Ave, STE 702
Washington, DC 20036
nmorales@earthjustice.org, dbaron@earthjustice.org
Tel: 202-667-4500/Fax: 202-667-2356

Paul R. Cort, State Bar No. 184336
Earthjustice
50 California Street
San Francisco, CA 94111
pcort@earthjustice.org
Tel: 415-217-2000/Fax: 415-217-2040

*Attorneys for Plaintiffs Sierra Club
and Natural Resources Defense Council*

Zachary M. Fabish, State Bar No. 247535
The Sierra Club
50 F Street, NW - 8th Floor
Washington, DC 20001
zachary.fabish@sierraclub.org
Tel: 202-675-7917/Fax: 202-547-6009

*Attorney for Plaintiff Sierra Club*


John C. Cruden
Assistant Attorney General

JOINT NOTICE OF STIPULATED EXTENSION OF CONSENT DECREE DEADLINE
CASE NO. 3:13-CV-03953 SI          3

     /s/ *Martha C. Mann*
Martha C. Mann
Environment and Natural Resources Division
U.S. Department of Justice
P.O Box 7611
Washington, DC 20044
Tel: (202) 514-2664
Fax: (202) 514-8865
martha.mann@usdoj.gov

*Attorneys for Administrator McCarthy*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of October, 2016, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

     /s/ *Martha C. Mann*
Martha C. Mann
United States Department of Justice